OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



02.1R          $ 00.26⁵
0006557458    FEB 25 2015
MAILED FROM ZIP CODE 78701

**2/20/2015**

**Headley, Kenneth Michael    Tr. Ct. No. 918022-A**          **WR-78,731-01**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

KENNETH MICHAEL HEADLEY
1133735